# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146478(105)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                            SC: 146478
                            COA: 307758

RAYMOND CURTIS CARP,
       Defendant-Appellant.

                            St. Clair CC: 06-001700-FC

_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief on appeal is GRANTED. The brief submitted on February 21, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2014



Clerk